UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY LLOYD BARNES,

       Plaintiff,

v.

       Case No. 17-C-0688

UNITED STATES OF AMERICA'S
ATTORNEY GENERAL JEFF SESSIONS,

       Defendant.

## MOTION TO DISMISS

    Defendant Jeff Sessions, in his capacity as Attorney General for the United States of America, by his attorneys Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Susan M. Knepel, Assistant United States Attorney, for said district, hereby moves to dismiss the Plaintiff's Complaint in its entirety. As shown in the accompanying brief, Mr. Barnes lacks standing and his claims are moot.

    Dated at Milwaukee, Wisconsin, this 13th day of July, 2017.

       GREGORY J. HAANSTAD
       United States Attorney

       By:    s/Susan M. Knepel

       SUSAN M. KNEPEL
       Assistant United States Attorney
       Wisconsin Bar No. 1016482
       Attorney for Defendant
       Office of the United States Attorney
       Federal Building, Room 530
       517 East Wisconsin Avenue
       Milwaukee, WI 53202
       Telephone: (414) 297-1700
       Fax: (414) 297-4394
       Susan.knepel@usdoj.gov