

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-4394*
    *www.usdoj.gov/usao/wie*

August 14, 2017

Honorable Stephanie Rothstein
Milwaukee County Courthouse
901 N. Ninth St.
Milwaukee, WI 53233

    Re:     Chanise Adams, et al v. Geico Ins. Co., et al
               Milwaukee 17-CV-2748

Dear Judge Rothstein:

    This letter is to inform the Court that pursuant to the Stipulation Regarding Reimbursement of the United States, which was filed with the Milwaukee County Clerk on May 2, 2017, the United States will not be taking part in the scheduling conference on August 23, 2017.

    Should you have any questions, please do not hesitate to contact me at (414) 297-1700.

                         Very truly yours,

                         GREGORY J. HAANSTAD
                         United States Attorney

           By:

                         BRIAN PAWLAK
                         Assistant United States Attorney

cc:     Ellison Hitt, Esq.
        Joshua I. Fiscus, Esq.