UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY LLOYD BARNES,

    Plaintiff,

v.    Case No. 17-C-688

UNITED STATES OF AMERICA'S
ATTORNEY GENERAL JEFF SESSIONS,

    Defendants.

## CERTIFICATE OF MAILING

I hereby certify that on August 14, 2017, I mailed via first class mail true and correct copies of the following: Reply Brief in Support of Motion to Dismiss, Exhibit A and Certificate of Mailing to:

Gary Lloyd Barnes
2357 Sunny Lane, Apt. G
Suamico, WI 54313

Dated this 14th day of August, 2017.

    GREGORY J. HAANSTAD
    United States Attorney

By:    /s/ Susan M. Knepel
    SUSAN M. KNEPEL
    Assistant United States Attorney
    State Bar Number 1016482
    517 East Wisconsin Avenue, Room 530
    Milwaukee, Wisconsin 53202
    Telephone: (414) 297-4134
    Facsimile: (414) 297-4394
    Brian.pawlak@usdoj.gov